IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDY JAY SMITH,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-226-wmc

v.

NEIL JENSEN,

      Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Neil Jensen granting his motion for summary judgment and dismissing this case.

| /s/ | 6/27/2016 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |